### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| **REGENNA A. JALON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TRUEBRIGHT SCIENCE** | : | |
| **ACADEMY CHARTER SCHOOL** | : | **NO. 13-1011** |


### O R D E R


**AND NOW, TO WIT:**   This 10th day of May, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.


**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____

Jean M. Pennie
Deputy Clerk


Civ 2 (8/2000)
41(b).frm